| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS DIVISION | HEARING DATE: October 27, 2016<br>HEARING TIME: 10:00 A.M. |

-----------------------------------------------------------X   CHAPTER 11

IN RE:                                                                            CASE NO. 13-22228-RDD

    James Hall Campbell and
    Jean Marie Campbell,                                      Assigned to:
                                                              Hon. Robert D. Drain
                                                              Bankruptcy Judge

                                    Debtors.
-----------------------------------------------------------X

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO BANKRUPTCY RULE 4001 AND 11 U.S.C. §362(d) FOR FAILURE TO MAKE POST-PETITION PAYMENTS

**S I R S:**

**PLEASE TAKE NOTICE**, that upon the affirmation of PRANALI DATTA, ESQ., an associate of Stein, Wiener & Roth, LLP, upon the documents and exhibits attached hereto, and upon all prior proceedings heretofore had herein, the undersigned will move this Court before the Hon. Robert D. Drain, Bankruptcy Judge, at the United States Bankruptcy Court located at 300 Quarropas Road, White Plains, NY 10601, on the 27th day of October, 2016 at 10:00 A.M. or as soon thereafter as counsel be heard, for an Order Removing the Stay pursuant to § 362 of the Bankruptcy Code, and upon the granting of said Order, a waiver of Rule 4001(a)(3), , and for such other and further relief as to the Court may seem just and proper with regard to the Debtors' property located at 81 Day Break Drive, Unit 103, Ludlow, VT 05149, in which premises Wells Fargo Bank, N.A., is the holder of a second mortgage.

**PLEASE TAKE FURTHER NOTICE** that answering and opposing papers, if any, must be served upon the Court and the undersigned no later than seven (7) days before the return date of this Motion.

Dated: Carle Place, New York
August 30, 2016

STEIN, WIENER & ROTH, L.L.P.

_____
BY: PRANALI DATTA, ESQ. (pd 5591)
Attorneys for Wells Fargo Bank, N.A.
Office & P.O. Address
One Old Country Road, Suite 113
Carle Place, New York 11514
(516) 742-1212

TO:  Linda M. Tirelli, Esq.
     Garvey Tirelli & Cusher, Ltd.
     Westchester Financial Center
     Debtors' Attorney
     50 Main Street, Suite 390
     White Plains, NY 10606

     Julie Cvek Curley, Esq.
     DelBello Donnellan Weingarten Wise
     & Wiederkehr, LLP
     One North Lexington Avenue, 11th Floor
     White Plains, NY 10601

     James Hall Campbell
     Debtor
     81 Day Break Drive, Unit 103
     Ludlow, VT 05149

     James Hall Campbell
     Debtor
     66 Knollwood Drive
     Larchmont, NY 10538

     Jean Marie Campbell
     Debtor
     81 Day Break Drive, Unit 103
     Ludlow, VT 05149

     Jean Marie Campbell
     Debtor
     66 Knollwood Drive
     Larchmont, NY 10538

Scott A. Sydelnik, Esq.
Davidson Fink, LLP
Attorneys for Nationstar
28 East Main Street, Suite 1700
Rochester, NY 14614

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

**CREDITOR MATRIX**
**LIST ATTACHED**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-7<br>Case 13-22228-rdd<br>Southern District of New York<br>White Plains<br>Tue Aug 30 11:56:45 EDT 2016 | DelBello Donnellan Weingarten Wise & Wiederk<br>One North Lexington Avenue<br>White Plains, NY 10601-1742 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | New York City Dept. Of Finance<br>210 Joralemon Avenue<br>Attn: Bankruptcy Section<br>Brooklyn, NY 11201-3716 | Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn, NY 11201-3745 |
| Specialized Loan Servicing, LLC<br>Bankruptcy Dept<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, CO 80129-2386 | United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007-1825 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 |
| White Plains Division<br>300 Quarropas Street<br>White Plains, NY 10601-4140 | AES/PHEAA<br>1200 NORTH 7TH STREET<br>HARRISBURG, PA 17102-1419 | AES/PHEAA<br>P.O.BOX 8183<br>HARRISBURG, PA 17105-8183 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329-7871 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA, N.A.<br>C/O DAVIDSON FINK LLP<br>SCOTT A. SYDELNIK, ESQ.<br>28 EAST MAIN STREET,SUITE 1700<br>ROCHESTER, NY 14614-1918 | BARCLAYS BANK DELAWARE<br>125 S WEST ST<br>WILMINGTON, DE 19801-5014 |
| Bank of America, N.A.<br>C/o Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3399<br>Attn: Suzanne Berger | Bank of America, N.A.<br>NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>c/o Davidson fink LLP<br>28 East Main Street<br>Suite 1700<br>Rochester, NY 14614-1918 |
| CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | DAVIDSON FINK LLP<br>SCOTT A. SYDELNIK, ESQ.<br>28 EAST MAIN STREET,SUITE 1700<br>ROCHESTER, NY 14614-1918 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GECRB/GAP<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | N.Y. State Dept. Of Taxation And Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |

| | | |
|---|---|---|
| Nationstar Mortgage LLC C/O<br>Davidson Fink LLP<br>28 East Main Street<br>Rochester, NY 14614-1915 | OAK HARBOR CAPITAL VII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Office of the Sheriff<br>111 Grove Street<br>White Plains, NY 10601-2509 |
| PNC BANK, N.A.<br>1 FINANCIAL PKWY<br>KALAMAZOO, MI 49009-8002 | PNC Bank<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 |
| Stein, Wiener & Roth, Esq.<br>Attorneys for Wells Fargo Bank, N.A.<br>One Old Country Road, Suite 113<br>Carle Place, NY 11514-1847 | Suzanne Berger<br>BRYAN CAVE, LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-3399 | U.S. Bank National, et. al. C/O<br>Davidson Fink LLP<br>28 East Main Street<br>Rochester, NY 14614-1915 |
| WELLS FARGO BANK NV NA<br>PO BOX 31557<br>BILLINGS, MT 59107-1557 | WELLS FARGO BANK, N.A.<br>c/o Fein, Such & Crane, LLP<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054-4609<br>Attn: Tammy Terrell Benoza, Esq. | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wells Fargo Bank, N.A.<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A. Attention: Bankruptcy<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Westchester County Dept. Of Public Safety<br>CIVIL BUREAU<br>110 Grove Street, Room L217<br>White Plains, NY 10601-2519 |
| James Hall Campbell<br>66 Knollwood Drive<br>Larchmont, NY 10538-1238 | Jean Marie Campbell<br>66 Knollwood Drive<br>Larchmont, NY 10538-1238 | Julie Cvek Curley<br>DelBello Donnellan Weingarten Wise & Wie<br>One North Lexington Avenue, 11th Floor<br>White Plains, NY 10601-1722 |
| Linda M. Tirelli<br>Garvey Tirelli & Cushner, Ltd.<br>Westchester Financial Center<br>50 Main Street<br>Suite 390<br>White Plains, NY 10606-1930 | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

------------------------------------------------------------X    CHAPTER 11

IN RE:                                                            CASE NO. 13-22228-RDD

    James Hall Campbell and
    Jean Marie Campbell,                                   AFFIRMATION IN SUPPORT OF
                                                             MOTION FOR RELIEF FROM THE
                                                             AUTOMATIC STAY

                        Debtors.
------------------------------------------------------------X

       PRANALI DATTA, the undersigned, an attorney duly licensed to practice law in the State of New York and admitted to practice before the courts in the SOUTHERN District of New York, affirms the following under the penalty of perjury:

    1.    That I am an associate of the firm of STEIN, WIENER & ROTH, L.L.P., the attorneys for Wells Fargo Bank, N.A., a Secured Creditor of the above referenced debtors and the movant (the "Movant") herein and I am fully familiar with the facts and circumstances of this case. I make this Affirmation in Support of Movant's Motion for an Order pursuant to 11 U.S.C. § 362(d) vacating the automatic stay imposed by virtue of 11 U.S.C. 362.

    2.    That the jurisdiction of this Court is invoked pursuant to 28 U.S.C. 157; 11 U.S.C. 362; and the Bankruptcy Amendments and Federal Judgeships Act of 1984.

    3.    Wells Fargo Bank, N.A. ("Movant") is a secured creditor of the above named Debtors by virtue of being the holder of a Home Equity Line of Credit Agreement (the "Debt Agreement") secured by a Mortgage, copies of which are annexed hereto and marked Exhibit A and B. Said mortgage is a second mortgage lien upon a house and lot commonly known as 81 Day Break Drive, Unit 103, Ludlow, VT 05149, which premises does not comprise the primary residence of the debtors.

4. Debtor(s) executed a Creditor's Home Equity Line of Credit Agreement (the "Debt Agreement") and agreed to be bound by its terms. The Debt Agreement is secured by a mortgage or deed of trust. Creditor is the original mortgagee/successor or beneficiary of the mortgage or deed of trust.

5. The Home Equity Line of Credit Agreement provides that debtors were to make the current monthly mortgage payments as they became due. However, Debtors have failed to make the current mortgage payments due commencing with the March 15, 2013 payment. As of August 23, 2016, there are due and owing forty-two (42) post-petition mortgage installments; $765.08 for March 15, 2013; $847.05 for April 15, 2013; $819.72 for May 15, 2013; $847.05 for June 15, 2013; $819.73 for July 15, 2013; $847.05 for August 15, 2013 and September 15, 2013 each; $819.73 for October 15, 2013; $847.05 for November 15, 2013; $819.73 for December 15, 2013; $1,701.66 for January 15, 2014 through August 15, 2016 each, for a total due of **$62,732.36.**

6. The debtors have demonstrated an inability to make regular payments required of Chapter 11 debtors and, therefore, are no longer qualified to be Chapter 11 debtors.

7. As of August 23, 2016, there was an unpaid principal balance owed on the Debt Agreement and Mortgage in the sum of $249,958.50, with interest thereon, resulting in a total amount owed to movant in the amount of $307,537.85.

8. Based on the Broker's Price Opinion dated March 15, 2016, (Exhibit C), the real property is valued a $327,000.00. That by virtue of the foregoing, the debtor has caused applicant to suffer prejudicial delay; the collateral is decreasing in value and adequate protection requires maintenance of the creditor's interest in the collateral through regular payments and the payment of taxes, and, therefore, pursuant to 11 U.S.C. §362(d), cause exists to vacate the automatic stay.

9. Upon information and belief, the only parties who are entitled to notice of these proceedings are the Debtors, the Debtors' attorney, the U.S. Trustee and the Chapter 13 Trustee.

WHEREFORE, it is respectfully requested that under all the facts and circumstances in this case, an order be made as follows:

(A) vacating the automatic stay imposed against the Secured Creditor, Wells Fargo Bank, N.A. by the Chapter 11 Bankruptcy filing of James Hall Campbell and Jean Marie Campbell with regard to the Secured Premises located at 81 Day Break Drive, Unit 103, Ludlow, VT 05149; and

(B) granting permission to Wells Fargo Bank, N.A. to enforce its security interest by proceeding with the foreclosure action against the 81 Day Break Drive, Unit 103, Ludlow, VT 05149.

Dated: Carle Place, New York
August 30, 2016

PRANALI DATTA, ESQ. (pd 5591)